# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136040

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TORRI LAMAN BERRY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136040
COA: 270383
Ingham CC: 05-000833-FC

On order of the Court, the application for leave to appeal the February 12, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

p0519

Clerk